PEOPLE *v* OLIVARI. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 December 14, 1971, at Lansing. (Docket No. 12033.) Decided January 28, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Thomas M. Khalil*, Assistant Prosecuting Attorney, for the people.

*Burton L. Borden*, for defendant on appeal.

Before: DANHOF, P. J., and McGREGOR and QUINN, JJ.

MEMORANDUM OPINION. Defendant was charged with first-degree murder, MCLA 750.316; MSA 28.548. He waived trial by jury and was convicted of the lesser offense of manslaughter, MCLA

750.321; MSA 28.553. He was sentenced to a prison term of 7-1/2 to 15 years and appeals as of right.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.